FILED

2003 NOV 10 A 11: 55

US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH NICHOLS | : | PRISONER |
| VS. | : | NO. 3:03CV879(JBA)(JGM) |
| DR. EDWARD PESANTI, ET AL. | : | NOVMEBER 7, 2003 |

### APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

**PLEASE ENTER MY APPEARANCE** on behalf of all defendants in addition to any Appearances already on file in regards to the above-entitled matter.

Dated at Hartford, Connecticut, this 7th day of November, 2003.

DEFENDANT,
Edward Pisanti, MD

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
No. ct08575
110 Sherman Street
Hartford, CT 06105
Tel. No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 7th day of November, 2003:

Kenneth Nichols, Inmate No. 116106
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown, CT 06470

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Lynn D. Wittenbrink
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

2