FILED

2003 DEC -9 P 3: 07

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH NICHOLS | : CIVIL NO. 3:03CV879 (JBA) (JGM) |
| V. | |
| EDWARD PESANTI, ET AL. | : DECEMBER 8TH, 2003 |

## MOTION FOR ORDER

The plaintiff, Kenneth Nichols, hereby respectfully requests that the Court issue an order instructing the U.S. Marshal to effectuate service of process upon the defendants. In support of this request, the plaintiff submits the following.

1. The plaintiff, who is incarcerated, filed this action pro se on May 16, 2003.

2. On June 11, 2003, the Court granted the plaintiff's motion for leave to proceed in forma pauperis.

3. On July 1, 2003, the clerk handed notice of lawsuit and request for waiver of service of summons forms to the U.S. Marshal.

4. On September 24, 2003, the U.S. Marshal informed the Court that the waiver forms had been returned unexecuted.

5. On November 10, 2003, Assistant Attorney General Lynn D. Wittenbrink filed a notice of appearance on behalf of all of the defendants.

      6. Although a notice of appearance has been filed, the defendants have neither waived service of process nor been served.

      WHEREFORE, the plaintiff respectfully requests that the Court instruct the U.S. Marshal to effectuate service of process upon the defendants.

      THE PLAINTIFF

*/s/ Kenneth E. Nichols*
Kenneth Nichols, Pro Se
Inmate #116106
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Although not appearing herein, the undersigned
assisted in the preparation of this motion:

*/s/ Richard P. Cahill*
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street
P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 8TH day of December, 2003, to the following counsel of record:

Lynn D. Wittenbrink, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

*Kenneth E. Nichols*
Kenneth Nichols, Pro Se