UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH NICHOLS | : | |
| v. | : | PRISONER |
| | : | Case No. 3:03CV879 (JBA)(JGM) |
| DR. EDWARD PESANTI, et al. | : | |

## RULING AND ORDER

Plaintiff states the mail service has been returned unexecuted and asks the court to order the U.S. Marshal to effect personal service on all defendants. On November 11, 2003, Assistant Attorney General Lynn Wittenbrink appeared for all defendants. To date, the defendants have not filed a motion to dismiss contesting the adequacy of service of process. Accordingly, plaintiff's motion [**dkt. #10**] is **DENIED** without prejudice. Plaintiff may refile his motion should the defendants challenge the adequacy of service of process.

SO ORDERED this 22nd day of January, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE