UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KENNETH NICHOLS

v.

DR. EDWARD PESANTI, et al.

PRISONER
Case No. 3:03CV879 (JBA)(JGM)

## RULING AND ORDER

Defendants' motion for extension of time, until March 30, 2004, to file a responsive pleading [**dkt. #12**] is **GRANTED**.

**SO ORDERED** this _10th_ day of February, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE