UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH NICHOLS | : | PRISONER |
| | : | NO. 3:03CV879(JBA)(JGM) |
| VS. | : | |
| | : | |
| DR. EDWARD PESANTI, ET AL. | : | MARCH 3, 2004 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional thirty (30) days, up to and including April 2, 2004 within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to plead that has been filed in this case;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult. Several matters requiring immediate attention have arisen suddenly in the past several weeks; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

        DEFENDANT,
Edward Pisanti, MD

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
E-Mail:  lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 3r$^{\text{d}}$ day of March, 2004:

Kenneth Nichols, Inmate No. 116106
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown, CT  06470


_____
Lynn D. Wittenbrink
Assistant Attorney General