## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH NICHOLS | : | PRISONER |
|  | : | NO. 3:03CV879(JBA)(JGM) |
| VS. | : |  |
|  | : |  |
| DR. EDWARD PESANTI, ET AL. | : | MARCH 4, 2004 |

### MOTION TO WITHDRAW MARCH 3, 2004 MOTION FOR EXTENSION OF TIME

On March 3, 2004, the undersigned counsel for the defendants filed a Motion for Extension of Time within which to file a responsive pleading in the above-captioned matter. The motion indicated it was the first such motion, when in fact it was the second. The undersigned counsel noticed the error when filing her copy of the motion after it had been sent and apologizes for the error. Accordingly, the undersigned counsel hereby moves to withdraw that motion and files another. Counsel apologizes for the error.

DEFENDANT,
Edward Pisanti, MD
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: Lynn D. Wittenbrink
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
E-Mail:  lynn.wittenbrink@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 4th day of March, 2004:

Kenneth Nichols, Inmate No. 116106
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown, CT  06470

_____
Lynn D. Wittenbrink
Assistant Attorney General