UNITED STATES DISTRICT COURT   FILED

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH NICHOLS | : |
| v. | : PRISONER |
| | : Case No. 3:03CV879 (JBA)(JGM) |
| DR. EDWARD PESANTI, et al. | : |

### RULING AND ORDER

On March 4, 2004, defendants filed a motion for extension of time, until April 2, 2004, to file a responsive pleading. The following day, defendants sought to withdraw the motion because they inadvertently stated that it was the first request for extension of time instead of the second.

Defendants' motion to withdraw [**dkt. #15**] is **GRANTED** and defendants' motion for extension of time [**dkt. #14**] is hereby withdrawn. Defendants are directed to file a responsive pleading on or before **May 27, 2004**.

**SO ORDERED** this 13th day of May, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE