UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KENNETH NICHOLS | : | PRISONER |
| | : | NO. 3:03CV0879(JBA) |
| VS. | : | |
| | : | |
| DR. EDWARD PESANTI, ET AL. | : | JULY 2, 2004 |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including August 1, 2004 within which to file their Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to file a Motion for Summary Judgment that has been filed in this case;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult. In addition, summer vacation schedules of the undersigned counsel and defendants have encumbered the preparation of the motion; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

        DEFENDANTS,
        Dr. Pesanti, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
lynn.wittenbrink@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 2d day of July, 2004:

Kenneth Nichols
145 Arbor Drive
Southport, CT  06490

                                                    ___/s/_____
                                                    Lynn D. Wittenbrink
                                                    Assistant Attorney General