UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUL 15  3 34 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| KENNETH NICHOLS | : |
| | :     PRISONER |
| v. | :     Case No. 3:03CV879 (JBA)(JGM) |
| | : |
| DR. EDWARD PESANTI, et al. | : |

### RULING AND ORDER

Defendants' motion for extension of time, until August 2, 2004, to file a motion for summary judgment [**dkt. #18**] is **GRANTED**.

**SO ORDERED** this  15th  day of July, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE