UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Aug 11  11 22 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

KENNETH NICHOLS  :
                 :          PRISONER
v.               :   Case No. 3:03CV879 (JBA)(JGM)
                 :
DR. EDWARD PESANTI, et al.  :

## RULING AND ORDER

Defendants' seek a second extension of time, until September 1, 2004, within which to file a motion for summary judgment. Defendants' motion [**dkt. #20**] is **GRANTED**.

**SO ORDERED** this 11th day of August, 2004, at New Haven, Connecticut.

Janet Bond Arterton
United States District Judge