## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kenneth Nichols | : | PRISONER |
| | | 3:03CV0879(JBA) |
| v. | : | |
| Dr. E. Pesanti, et al | : | August 26, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter move for summary judgment in their favor as there is no genuine issue of material fact precluding it. There is no sufficient cause of action for deliberate indifference, and all of the defendants are entitled to qualified immunity. In addition, some defendants are entitled to summary judgment on the basis of lack of qualified immunity. In support of this motion, the defendant provides a Memorandum of Law, an Affidavit, and a Statement of Material Facts Not in Dispute.

        DEFENDANTS
        Dr. Pesanti, et al

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:   ___/s/_____
      Lynn D. Wittenbrink
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct08575
      lynn.wittenbrink@po.state.ct.us
      Tel: (860) 808-5450
      Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of August 2004:

Kenneth E. Nichols
145 Arbor Dr
Southport, CT 06490

    /s/_____
Lynn D. Wittenbrink
Assistant Attorney General