**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KENNETH NICHOLS | : | PRISONER |
| | : | NO. 3:03CV0879(JBA) |
| VS. | : | |
| | : | |
| DR. E. PESANTI, ET AL. | : | AUGUST 26, 2004 |

## NOTICEOF MANUAL FILING

Please take notice that defendants **DR. E. PESANTI, ET AL.**, have manually filed the following documents:

- Exhibit A – RT Screens

- Exhibit B – Medical Records

[ X ] The documents cannot be converted to an electronic format.
[ ] The electronic file size of the document exceeds 1.5 megabytes.
[ ] The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

DEFENDANTS,
Dr. E. Pesanti, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Juris No. 414074
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 26th day of August, 2004:

Kenneth E. Nichols
145 Arbor Drive
Southport, CT  06490

___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General