UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KENNETH NICHOLS

v.

DR. EDWARD PESANTI
DR. OMPRAKASH PILLAI
DR. CARSON WRIGHT
PATRICIA WOLLENHAUPT
PAMELA SHEA

PRISONER
CIVIL NO. 3:03cv879 (JBA)

## J U D G M E N T

This cause came on for consideration on defendants' motion for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the motions and all the related papers. On February 14, 2005, the Court filed its Ruling on Defendants' Motion for Summary Judgment granting defendants' motion and directing the Clerk to close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 15th day of February, 2005.

KEVIN F. ROWE, Clerk

By   /s/ Donna P. Thomas
   Donna P. Thomas
   Deputy Clerk

Entered on the Docket _____